**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


UNITED STATES OF AMERICA,
f/u/b/o MANSFIELD INDUSTRIAL,
INC.,

       Plaintiff,

vs.                            CASE NO. 3:09cv462/RS-EMT

WESTERN SURETY COMPANY,

       Defendant.

_____/


## ORDER

Before me is the Consent Motion To Allow Plaintiff Additional Time To Designate

Expert Witnesses (Doc. 32).

**IT IS ORDERED:**

1.     The relief requested by Plaintiff's Consent Motion To Allow Plaintiff

         Additional Time To Designate Expert Witnesses is **granted**.

2.     Plaintiff shall designate its expert witnesses not later than May 16, 2010.

         Defendant shall designate its expert witnesses not later than June 15, 2010.

         The parties shall complete all other discovery not later than June 2, 2010.


**ORDERED** on April 20, 2010.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**