IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
f/u/b/o MANSFIELD INDUSTRIAL,
INC.,

    Plaintiff,

vs.                                      CASE NO. 3:09cv462/RS-EMT

WESTERN SURETY COMPANY,

    Defendant.
_____/

## ORDER

Before me are the Joint Motion To Consolidate Cases (Doc. 55) and Plaintiff's Joinder In Western Surety Company's Motion To Consolidate (Doc. 56).

**IT IS ORDERED** that this case is transferred to the United States District Court for the Southern District of Mississippi for consolidation with *Mansfield Industrial, Inc. v. Western Surety Company*, 1:09cv672-HSO-JMR.

**ORDERED** on July 16, 2010.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**